1  STEVEN T. GUBNER - Bar No. 156593
   ROBYN B. SOKOL - Bar No. 159506
2  EZRA BRUTZKUS GUBNER LLP
   21650 Oxnard Street, Suite 500
3  Woodland Hills, CA  91367
   Telephone:  818.827.9000
4  Facsimile:   818.827.9099
   Email:      sgubner@ebg-law.com
5              rsokol@ebg-law.com

6  Attorneys for Bradley D. Sharp, Chapter 11 Trustee, Plaintiff

7  **UNITED STATES BANKRUPTCY COURT**

8  **CENTRAL DISTRICT OF CALIFORNIA**

9  **LOS ANGELES DIVISION**

| | |
|---|---|
| In re | Case No. 2:08-bk-32333-BR |
| NAMCO CAPITAL GROUP, INC., a California corporation, | Chapter 11 |
| Debtor. | Adv Case No. 2:11-ap-01283-BR |
| BRADLEY D. SHARP, Chapter 11 Trustee, | **NOTICE OF EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO COMPLAINT** |
| Plaintiff, | **Date:** May 10, 2011 |
| vs. | **Time:** 2:00 p.m. |
| LINDA NAHAI, an individual, | **Place:** Courtroom 1668 |
| Defendant. | United States Bankruptcy Court |
| | 255 E. Temple Street |
| | Los Angeles, CA 90012 |

TO THE HONORABLE BARRY RUSSELL, UNITED STATES BANKRUPTCY JUDGE, AND TO ALL OTHER INTERESTED PARTIES:

      PLEASE TAKE NOTICE that Defendant herein, Linda Nahai, has been granted an extension of time through and including April 4, 2011 within which to file a response to the adversary complaint.

Dated: March 2, 2011                                              EZRA BRUTZKUS GUBNER LLP


                                                                  By: /s/Robyn B. Sokol
                                                                      ROBYN B. SOKOL
                                                                  Attorneys for Plaintiff, Bradley D. Sharp,
375879.doc                                                        Chapter 11 Trustee

-- 1 --

| In re<br>NAMCO CAPITAL GROUP, INC.,<br>              Debtor.<br><br>BRADLEY D. SHARP vs. LINDA NAHAI | Chapter 11<br>CASE NUMBER 2:08-bk-32333-BR<br>ADV CASE NO.: 2:11-ap-01283-BR |
|---|---|

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 21650 Oxnard Street, Suite 500 Woodland Hills, CA 91367.

The foregoing document described as **NOTICE OF EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO COMPLAINT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I.    TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On March 2, 2011, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) listed below.

    United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**II.    SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served): On March 2, 2011, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true **and** correct copy thereof in a sealed envelope in the **United States Mail, first class, postage prepaid**, and/or with an overnight mail service addressed as follows**.**

Hon. Barry Russell  
United States Bankruptcy Court  
255 E. Temple Street, Room 1660  
Los Angeles, CA  90012  

Linda Nahai  
340 N. Farring Road  
Los Angeles, CA  90077

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on March 2, 2011, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or **email** as follows:

Courtesy Copy:  Elliott Nassib    elliott@nassiblaw.com  
Bradley D. Sharp              Namco@dsi.biz

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct

| March 2, 2011 | KRISTINA DOW | /s/Kristina Dow |
|---|---|---|
| Date | Full Name | Signature |

375879.doc

-2-